UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GWENDOLYN ALOWOLODU,

    Plaintiff,

v.                                                   Case No. 8:21-cv-1794-TPB-AAS

BOB DEGROOT and CHAMPION
NATIONAL SECURITY, INC.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on September 1, 2021. (Doc. 4). Judge Sansone recommends Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be denied, and that her complaint (Doc. 1) be dismissed because the complaint fails to comply with the Federal Rules of Civil Procedure and fails to state a claim. In addition, Plaintiff failed to file an amended complaint as directed. Neither Plaintiff nor Defendants filed an objection to the report and recommendation, and the time to object has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which

an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's *in forma pauperis* motion is denied. The complaint is dismissed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Sansone's report and recommendation (Doc. 4) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is hereby **DENIED**.

(3) The complaint (Doc. 1) is **DISMISSED**.

(4) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of September, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**